## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ASSUREDPARTNERS JAMISON, LLC, | : | |
| Plaintiff, | : | Civil Action No. 2:23-cv-00751-JXN-MAH |
| | : | |
| v. | : | |
| | : | |
| JOHN P. FERREIRA and NFP CORP., | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | : | |
| | : | |

Plaintiff AssuredPartners Jamison, LLC, and Defendants John P. Ferreira and NFP Corp., by their undersigned counsel, hereby stipulate and agree to the voluntary dismissal with prejudice and without costs or attorneys' fees to any party in the matter captioned above.

Dated: March 21 , 2024

**OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.**

/s/ Justin A. Allen, Esq.

Justin A. Allen, Esq.
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
*Attorneys for Plaintiff*

4891-0407-6197, v. 1

**JACKSON LEWIS P.C.**

/s/ Martin W. Aron, Esq.

Martin W. Aron, Esq.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
*Attorneys for Defendants*

**So ORDERED on 3/22/2024:**

HONORABLE JULIEN XAVIER NEALS
United States District Judge